# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH WILLIAM CARDENAS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 74157

FILED

DEC 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal "from the Order entered in the Supreme Court of the State of Nevada NRAP 40B. No. 70576 on July 25, 2017 and the Order issued Remittitur on August 21, 2017." Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no statute or court provides for an appeal from an order denying a petition for review or a remittitur. *See* NRAP 40B(f) ("The Supreme Court's decision to grant or deny a petition is final and is not subject to further requests for rehearing or reconsideration."); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

17-44313

cc: Hon. Robert W. Lane, District Judge
Kenneth William Cardenas
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A